**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NAJY LYOUBI, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>CONSOLIDATED INFORMATION SERVICES, INC d/b/a CIS INFORMATION SERVICES., a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>                              Defendants. | **Case No. 2:20-cv-00254-GMN-NJK**<br><br> ORDER GRANTING<br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

     Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 6, 2020 through and including **June 5, 2020**.  The additional time to respond to the Complaint will help facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.          **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   May 7, 2020