# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAJY LYOUBI,<br><br>     Plaintiff(s),<br><br>v.<br><br>CONSOLIDATED INFORMATION SERVICES, INC., et al.,<br><br>     Defendant(s). | Case No.: 2:20-cv-00254-GMN-NJK<br><br>**ORDER** |

      To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than May 28, 2020.

      IT IS SO ORDERED.

      Dated: May 22, 2020

                                                                             Nancy J. Koppe
                                                                             United States Magistrate Judge