# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NAJY LYOUBI,

    Plaintiff(s),

v.

CONSOLIDATED INFORMATION SERVICES, INC., et al.,

    Defendant(s).

Case No.: 2:20-cv-00254-GMN-NJK

**ORDER**

(Docket Nos. 34, 36)

Pending before the Court are the parties' stipulations to extend the deadline for Defendant Consolidated Information Services Solutions, Inc. to respond to complaint. Docket Nos. 34, 36. The stipulations are identical. *See id.*

For good cause shown, the Court **GRANTS** the parties' stipulation. Docket No. 36. Defendant must respond to the Complaint, no later than June 18, 2020. The stipulation at Docket No. 34 is **DENIED** as moot.

IT IS SO ORDERED.

Dated: June 9, 2020

                                                                          _____
Nancy J. Koppe
United States Magistrate Judge

1