1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10

NAJY LYOUBI, an individual,                 Case No.:  2:20-cv-00254-GMN-NJK

11

                        Plaintiff,

12

vs.

13
                                            **ORDER GRANTING**
CONSOLIDATED INFORMATION SERVICES,          **STIPULATION TO EXTEND DATE**
14  INC. d/b/a CIS INFORMATION SERVICES, a   **FOR DEFENDANT CONSOLIDATED**
    Foreign Corporation; EQUIFAX INFORMATION **INFORMATION SERVICES**
15  SERVICES LLC, a Foreign Limited-Liability **SOLUTIONS, INC. TO RESPOND TO**
    Company; EXPERIAN INFORMATION            **COMPLAINT**
16  SOLUTIONS, INC., a Foreign Corporation; and
    TRANS UNION LLC, a Foreign Limited-Liability **(Second Request)**
17  Company,

18                        Defendants.

19

20          COME NOW, Plaintiff NAJY LYOUBI ("Plaintiff"), by and through his attorneys of record,

21  the law firm of Cogburn Law, and Defendant CONSOLIDATED INFORMATION SERVICES

22  SOLUTIONS, INC., improperly sued as CONSOLIDATED INFORMATION SERVICES, INC. d/b/a

23  CIS INFORMATION SERVICES ("CIS")(collectively, the "Parties"), by the through its attorneys

24  of record, the law firm of Greenberg Traurig, LLP, and hereby stipulate and agree that CIS will have

25  up to and including July 6, 2020, in which to respond to the Complaint.  CIS accepted service by virtue

26  of a Waiver of the Service of Summons signed on or about April 13, 2020.  The Court granted the

27  Parties' first stipulation for an extension of time on or about June 9, 2020 to allow CIS additional time

28  / / /

                                    1

to respond to Plaintiff's Complaint.  An additional short extension is being requested as the parties are discussing the claims asserted against CIS and potential dismissal.

Therefore, it is respectfully requested that CIS be allowed up to and including July 6, 2020, to respond to the Complaint.

This is the Parties' second stipulation for an extension of time, and the Stipulation is not made for purposes of delay.

DATED this 24th day of June, 2020.                DATED this 24th day of June, 2020.

**GREENBERG TRAURIG, LLP**                **COGBURN LAW**


___/s/ Jacob D. Bundick_____          ___/s/ Erik W. Fox_____
JACOB D. BUNDICK, ESQ.                    JAMIE S. COGBURN, ESQ.
Nevada Bar No. 9772                       Nevada Bar No. 8409
10845 Griffith Peak Drive, Suite 600      ERIK W. FOX, ESQ.
Las Vegas, NV 89135                       Nevada Bar No. 8804
                                          2580 St. Rose Parkway, Suite 330
*Counsel for Defendant Consolidated*      Henderson, NV 89074
*Information Services Solutions, Inc.*
                                          *Counsel for Plaintiff*


**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:   June 25, 2020_____**