Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:  (702) 420-7000
Facsimile:  (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539
kneben@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAJY LYOUBI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CONSOLIDATED INFORMATION SERVICES, INC. d/b/a CIS INFORMATION SERVICES, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No. 2:20-cv-00254-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC WITH PREJUDICE**<br><br>Complaint filed:  February 5, 2020 |

It is hereby stipulated between Plaintiff Najy Lyoubi, Defendant Experian Information Solutions, Inc. ("Experian") and Defendant Trans Union LLC ("Trans Union") (collectively "the Parties"), by an through their respective attorneys, that all Plaintiff's claims asserted against Experian and Trans Union in the above-captioned be dismissed with prejudice per Fed. R. of Civ. P. 41(a)(1)(A)(ii), with the Parties to bear their own fees and costs.

|  |  |
|---|---|
| **Respectfully submitted,** | **IT IS SO ORDERED.** |
| Dated this 1st day of July 2020<br>NAYLOR & BRASTER | Dated this __1__ day of July, 2020. |
| By: /s/ Andrew J. Sharples<br>Jennifer L. Braster (NBN 9982)<br>Andrew J. Sharples (NBN 12866)<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>jbraster@nblawnv.com<br>asharples@nblawnv.com | Gloria M. Navarro, District Judge<br>UNITED STATES DISTRICT COURT |
| Katherine A. Neben (NBN 14590)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA  92612<br>kneben@jonesday.com | Dated this 1st day of July 2020<br>COGBURN LAW OFFICES |
| *Attorneys for Experian Information Solutions, Inc.* | By: /s/ Erik-Anthony W. Fox<br>Erik Anthony W. Fox (NBN 8804)<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>ewf@cogburncares.com |
| Dated this 1st day of July 2020<br>GREENBERG TRAURIG, LLP | *Attorney for Plaintiff* |
|  | Dated this 1st day of July 2020<br>CLARK HILL PLLC |
| By: /s/ Jacob D. Bundick<br>Jacob D. Bundick (NBN 9772)<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>bundickj@gtlaw.com | By: /s/ Jeremy J. Thompson<br>Jeremy J. Thompson (NBN 12503)<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>jthompson@clarkhill.com |
| *Attorney for Consolidate Information Services, Inc. dba CIS Information Services* | Charles Campbell<br>LITIGTION LEGAL COUNSEL<br>1550 Peachtree St.<br>Atlanta, GA 30309<br>charles.campbell@equifax.com |
|  | *Attorneys for Equifax, Inc.* |

Dated this 1st day of July 2020

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

By: */s/ Jennifer R. Bergh*
    Jennifer Rebecca Bergh (NBN 14480)
    2001 Bryan Street, Suite 1800
    Dallas, TX 75201
    jbergh@qslwm.com

    Justin Sauls
    6900 N. Dallas Pkwy, Suite 800
    Plano, TX 75024
    jsauls@qslwm.com

    Trevor Waite (NBN 13779)
    ALVERSON TAYLOR & SANDERS
    6605 Grand Montecito Pkwy, Suite 200
    Las Vegas, NV 89149
    twaite@alversontaylor.com

*Attorneys for Trans Union LLC*