COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAJY LYOUBI, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>CONSOLIDATED INFORMATION SERVICES, INC. d/b/a CIS INFORMATION SERVICES, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>  Defendants. | Case Number<br>2:20-cv-00254-GMN-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS CONSOLIDATED INFORMATION SERVICES, INC. D/B/A CIS INFORMATION SERVICES AND EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Najy Lyoubi ("Plaintiff") and Defendants, Consolidated Information Services Solutions, Inc., improperly sued as Consolidated Information Services, Inc. d/b/a CIS Information Services and Equifax Information Services LLC (collectively "Defendants"), by and through their respective attorneys of record, that all Plaintiff's

claims asserted against Defendants in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 15th day of July, 2020.                Dated this 15th day of July, 2020.

**COGBURN LAW**                                   **GREENBERG TRAURIG, LLP**

By: */s/Erik W. Fox*                              By: */s/Jacob D. Bundick*
    Jamie S. Cogburn, Esq.                          Jacob D. Bundick, Esq.
    Nevada Bar No. 8409                             Nevada Bar No. 9772
    Erik W. Fox, Esq.                               10845 Griffith Peak Drive
    Nevada Bar No. 8804                             Las Vegas, NV 89135
    2580 St. Rose Parkway, Suite 330                *Attorneys for Consolidated Information*
    Henderson, Nevada 89074                         *Services Solutions, Inc.*
    *Attorneys for Plaintiff*

Dated this 15th day of July, 2020.

**CLARK HILL PLLC**

By: */s/Jeremy J. Thompson*
    Jeremy J. Thompson, Esq.
    Nevada Bar No. 12503
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, NV 89169                             **IT IS SO ORDERED.**
    *Attorneys for Equifax Information Services*
    *LLC*                                           Dated this __15__ day of July, 2020.

                                                                  Gloria M. Navarro, District Judge
                                                                  UNITED STATES DISTRICT COURT